# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 20, 2020

### NO. 03-19-00532-CV

**Paul Bethany, Appellant**

**v.**

**Stephen Charles Bethany, Executor of the Estate of Mildred Louise Bethany, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the judgment signed by the trial court on August 1, 2019. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.